IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Musielak,<br><br>    Plaintiff,<br><br>vs.<br><br>Knight Transportation, Inc.,<br><br>    Defendant. | No. CV-12-00969-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Joint Stipulation to Dismiss (Doc. 16), and good cause appearing,

IT IS ORDERED granting the parties' Joint Stipulation to Dismiss (Doc. 16).

IT IS FURTHER ORDERED directing the Clerk's Office to dismiss the above-entitled action with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 15th day of March, 2013.

_____
Neil V. Wake
United States District Judge